# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1481**

**CAF 11-01753**

PRESENT: SMITH, J.P., PERADOTTO, LINDLEY, SCONIERS, AND VALENTINO, JJ.

---

IN THE MATTER OF DESIREE R.B.
----------------------------------------

STEUBEN COUNTY DEPARTMENT OF SOCIAL                MEMORANDUM AND ORDER
SERVICES, PETITIONER-RESPONDENT;

DANIEL B., JR., RESPONDENT-APPELLANT.
(APPEAL NO. 2.)

---

PAUL B. WATKINS, FAIRPORT, FOR RESPONDENT-APPELLANT.

ALAN P. REED, COUNTY ATTORNEY, BATH (CRAIG A. PATRICK OF COUNSEL), FOR PETITIONER-RESPONDENT.

SALLY A. MADIGAN, ATTORNEY FOR THE CHILD, BATH, FOR DESIREE R.B.

-------------------------------------------------------------------------------

Appeal from an order of the Family Court, Steuben County (Marianne Furfure, A.J.), entered August 10, 2011 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Same Memorandum as in *Matter of Daltun A.B.* (___ AD3d ___ [Feb. 1, 2013]).

Entered:  February 1, 2013                    Frances E. Cafarell
                                              Clerk of the Court